IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 22-sw- 590 |
| 131 Courthouse Manor Drive, Stafford, VA 22554 | |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Christopher Hegarty, Deputy with the United States Marshals Service, Washington, D.C., (hereinafter the "affiant") being duly sworn, deposes, and states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant authorizing the search of the residence at 131 Courthouse Manor Drive Stafford, Virginia 22554 (hereinafter "TARGET RESIDENCE") which is further described in Attachment A – which is a suspected probable location for DERALD RENAY BRYANT ("BRYANT"), a fugitive with a warrant out for his arrest in West Virginia for federal narcotics crimes, to locate and search the person described in Attachment B, BRYANT.

2.     This Court has authority to issue the requested warrant in this matter because it is a court of competent jurisdiction in that it is a "district court of the United States (including a magistrate judge of such court) . . . that-(i) has jurisdiction over the offense being investigated." 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A)(i).   Furthermore, this Court "has authority to issue a warrant to search for and seize a person . . . located within the district."   Fed. R. Crim. P. Rule 41(b)(1).

3.     I am "an investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510 (7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

4.      I am a duly appointed Deputy of the United States Marshals Service ("USMS") and have been employed as such since April 2008. I am currently assigned to investigate Federal Fugitives from Justice in Washington, D.C., and have been assigned to do so since January 2012. Through my employment with the USMS, I have gained knowledge in the use of various investigative techniques including the utilization of physical surveillance, confidential informants, investigative interviews, analyzing telephone pen register and caller identification system data, and the execution of arrest warrants.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.   This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      Your affiant submits that there is probable cause that the person who committed a crime and who is the subject of a federal arrest warrant will be located at the location in Attachment A.   Specifically, your affiant submits the DERALD RENAY BRYANT, indicted for violations of 21 U.S.C. Sections 841(b) and 846 (conspiracy to distribute and distribution of controlled substances), will be found at the location in Attachment A.

**PROBABLE CAUSE**

7.      On November 1, 2022, an arrest warrant was issued out of the Northern District of West Virginia for BRYANT. The warrant was based on an indictment charging BRYANT with conspiracy to possess with intent to distribute and to distribute cocaine hydrochloride in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

2

8.      On November 9, 2022, Deputy United States Marshals attempted to locate BRYANT at 7 Kenwick Rd. Hockessin, Delaware 19707. This address is associated with BRYANT and KRISTEN GOLDRICK. GOLDRICK is a close associate of BRYANT. According to several law enforcement and commercial databases, BRYANT and GOLDRICK share multiple previous addresses dating back to at least 2018.

9.      According to the occupants of 7 Kenwick Rd., BRYANT and GOLDRICK left the home on November 8, 2022. According to the information provided by GOLDRICK's father, BRYANT and GOLDRICK are currently in Virginia at the home of SHADAE BRYANT, who is the sister of DERALD BRYANT (the subject of the arrest warrant).

10.      Based on the information provided during the interview conducted in Delaware, Deputy United States Marshals responded to 131 Courthouse Manor Drive Stafford, VA 22554 (the TARGET PREMISES). Observed parked directly in front of the residence was a 2005 Toyota Camry bearing Delaware registration 401XXX. The registered owner of this vehicle is KRISTEN GOLDRICK at 7 Kenwick Rd. Hockessin, Delaware 19707. Parked in the driveway of the residence was a 2014 Mercedes bearing Delaware registration 732XXX. The registered owner of this vehicle is DERALD BRYANT (the subject of the arrest warrant) at 815 Brandywine Drive Bear, Delaware 19701.

11.      Deputy United States Marshals knocked on the front door of the residence, which was eventually opened by SHADAE BRYANT. The Deputies explained to SHADAE BRYANT that they were at her residence to locate and arrest DERALD BRYANT. SHADAE BRYANT stated that DERALD BRYANT was not inside her residence, and she would not allow the Deputies inside her residence without a search warrant.

3

12.      SHADAE BRYANT stated to Deputies that she and her two minor children are the only individuals who reside in her home. However, a neighbor interviewed by Deputies stated that he frequently sees a heavy-set black male at the residence. When shown a photo of BRYANT the neighbor said he appears to be the individual he was referencing, but could not be 'one hundred percent sure'.

## CONCLUSION

13.      Based upon the above-referenced facts, your affiant submits that there is probable cause to believe that the TARGET RESIDENCE (as described in Attachment A) contains the subject of a federal arrest warrant for narcotics offenses, DERALD RENAY BRYANT (as described in Attachment B).

14.      Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41.

*Christopher Hegarty*
Christopher Hegarty, Deputy U.S. Marshal

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 9, 2022.

John F.
Anderson
Digitally signed by John F.
Anderson
Date: 2022.11.09 15:02:50 -05'00'

HONORABLE JOHN F. ANDERSON
UNITED STATES MAGISTRATE JUDGE
FOR THE EASTERN DISTRICT OF VIRGINIA

### ATTACHMENT A

*Property to be Searched*

4

1.      The property to be searched is 131 Courthouse Manor Drive Stafford, Virginia 22554 (TARGET RESIDENCE or PREMISES).   131 Courthouse Manor Drive is described as a single-family home with the number 131 affixed to a pillar on the right side of the front entry to the structure.   The house is tan in color with green shutters affixed besides the windows. (see below photograph).



**ATTACHMENT B**

*Person to be Seized*

The person to be seized is DERALD RENAY BRYANT, DOB 02/27/1981, FBI # 363546DC0.